IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHARLES BAREFIELD ) | CASE NO: 05-65278 |
| ) | CHAPTER 7 |
| ) | |

**NOTICE OF UNCLAIMED FUNDS**

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above-mentioned case.

2. On the 2nd day of December 2010, Trustee issued check number 10115 in the amount of $1,737.20 to Mutual Hospital Services. Said check has not been executed.

3. The last known address of the person/entity entitled to said check is: Mutual Hospital Services, PO Box 19828, Indianapolis, IN 46219.

4. Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

Dated: March 15, 2011

/s/ Kenneth A. Manning
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 15th day of March, 2011, a true and complete copy of the above document was served by:

Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov
Attorney Edward Wartman - ewartman@aol.com

And by regular first class mail upon:
Charles Barefield, 1115 Morris Street, Hammond, IN 46320
Mutual Hospital Services, PO Box 19828, Indianapolis, IN 46219

/s/Kenneth A. Manning, Trustee
Kenneth A. Manning, Trustee